JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRISON L. BURTON, | NO. CV 13-8005-DOC (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| DANIEL PARAMA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 31, 2015

_____
DAVID O. CARTER
United States District Judge